**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wayne Earl WITCHER, Defendant–
Appellant.**

**No. 04–50589
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Thomas S. Morgan, Law Office of Thomas S. Morgan, Midland, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Wayne Earl Witcher has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Witcher has filed a response to counsel's motion. Our independent review of counsel's brief, the record, and Witcher's response discloses no nonfrivolous issues for appeal. The record is insufficiently developed to allow consideration of Witcher's claim of ineffective assistance of counsel in this direct appeal. *See United States v. McElhaney,* 469 F.3d 382, 383 n. 1 (5th Cir.2006). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.